No. 11–10520.  STEVENSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10561.  NAVAR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10564.  HARRIS v. FELKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–10586.  MADRIZ-REYNA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–10607.  RUTLEDGE v. CITY OF OAKLAND, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–10618.  FARRELL v. ABBOTT LABORATORIES.  C. A. 3d Cir.  Certiorari denied.  JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 11–10619.  HAQUE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10654.  TIMMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10769.  COCHRAN v. OLIVER, WARDEN.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10774.  ROGERS v. DICKINSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.